**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

GERMAN C. SINISTERRA,

                Defendant.

Case No.  98-00311-02-CR-W-GAF

## NOTICE TO THE COURT

COMES NOW, the United States of America, by the undersigned counsel, and hereby

notifies the court that the Government has received the attached documentation from the United

States Bureau of Prisons (FCI Terre Haute) confirming the death of defendant, German Sinisterra

in the above-referenced matter. An autopsy report and Death Certificate are forthcoming and will

be provided to the Court by the Government upon receipt.

                Respectfully submitted,

                Tammy Dickinson
                United States Attorney

By    */s/ Jeffrey Valenti*

                Jeffrey Valenti
                Assistant United States Attorney

                Charles Evans Whittaker Courthouse
                400 East 9th Street, Room 5510
                Kansas City, Missouri 64106
                Telephone:  (816) 426-3122