# U.S. DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF PRISONS-

| Institution | Date: |
|-------------|-------|
| Federal Correctional Complex, Terre Haute | March 7, 2013 |

Received from J. F. CARAWAY, Warden, the following United States prisoners:

| Register Number | Name of Inmate | TRF DST | Code | |
|-----------------|----------------|---------|------|--|
| 11582-045 | SINISTERRA, GERMAN C. | DEATH | | |

--------------------------------------------------------------(1)--------------------------------------------------------------

Time Of Death: _1936_

Inmate Pronounced Dead By: _Scott Pottratz MP_

Time Received: _2115_

Received By: _Krista Lubbehusen RN_

Last Name
**SINISTERRA**
First Name
**GERMAN**
Middle Name
**C**       Suffix

Ht. **5' 4"**    Wt. **180**

Hr. **BLK**    Ey. **BRO**

REG# **11582-045   THP**

02-28-2013

11582-045   SINISTERRA

STATE USAGE

NFF SECOND

SUBMISSION     APPROXIMATE CLASS     AMPUTATION     SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

*SINISTERR*

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.      LEAVE BLANK

ALIAS S-MAIDEN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MO   DAY   YR | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY      L. THUMB      R. THUMB      RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



UNITED STATES GOVERNMENT

# memorandum

U.S.P. TERRE HAUTE

**DATE:** 03-07-2013

**REPLY TO**
**ATTN OF:** R. STARBUCK
CORRECTIONAL SYSTEMS OFFICER / *R. Starbuck* C.S.O.

**SUBJECT:** SINISTERRA, GERMAN C. #11582-045

**TO:** J&C FILE

**THRU:** J.F. CARAWAY, WARDEN AND STEVE MORIN SCSS

ON THE ABOVE DATE I WAS NOTIFIED BY LT. PUTOFF THAT THE ABOVE REFERENCED INMATE HAD BEEN PRONOUNCED DEAD AT TERRE HAUTE REGIONAL HOSPITAL AND NEEDED IDENTIFIED. I PROCEEDED TO THE USP RECORDS OFFICE AND OBTAINED IDENTIFYING INFORMATION AND PROCEEDED TO THE HOSPITAL. I TOOK A RIGHT THUMBPRINT OF THE INMATE AND COMPARED IT TO A COPY OF THE ORIGINAL PRINT CARD WHICH MATCHED EXACTLY. I ALSO HAD A PHOTO TAKEN ON 02-28-2013 OF THE INMATE AND COMPARED IT TO THE INDIVIDUAL AND THEY MATCHED. THEREFORE I WAS CERTAIN OF POSITIVE IDENTIFICATION. DR POTTRATZ PRONOUNCED THE INMATE DEAD AT 7:36 P.M. AND R.N. KRISTA LUBBEHUSEN SIGNED FOR RECEIPT OF THE BODY AT 9:15 P.M. I RETURNED TO THE INSTITUTION, SATISFIED HIS SENTENCE COMPUTATION, DELETED SEPARATIONS AND DETAINERS, PRIOR COMMITTED IT, AND RELEASED THE INMATE FROM COUNT TO DEATH.