# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 98-00311-02-CR-W-GAF** |
| | ) | |
| GERMAN C. SINISTERRA, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now before the Court is the Notice to the Court (Doc. #1325) filed by the Government advising that the above named defendant is deceased. Accordingly, it is

ORDERED that the above referenced case as to defendant German C. Sinisterra is dismissed.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 27, 2013